UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE UNITED STATES SUGAR     )
CORPORATION LITIGATION        )     Master File No.:
_____)     08-80101-CIV-MIDDLEBROOKS

### JOINT MOTION FOR ENTRY OF
### SETTLEMENT SCHEDULING ORDER

Plaintiffs Diallo Johnson, Linda Stanley, Mary Rafter, Michael Texton, and Miguel Maturana ("Plaintiffs) and Defendants William S. White, Robert H. Buker, Jr., John Butler, Ridgway H. White, Frederick Kirkpatrick, Roy E. Peterson, W. Archibald Piper, William H. Piper, Lloyd E. Reuss, Horace Wilkins, Gerard Bernard and United States Sugar Corporation ("Defendants")[1] (and with Plaintiffs collectively, the "Parties"), by and through their respective undersigned counsel and pursuant to Local Rule 7.1, hereby file this Joint Motion for the entry of a Settlement Scheduling Order (a) setting September 3, 2009 as the date by which the Parties shall file an executed settlement agreement and corresponding motion by Plaintiffs for preliminary approval of the settlement pursuant to Rule 23 of the Federal Rules of Civil Procedure, and (b) setting a hearing date on such motion on a date thereafter. In support thereof, the Parties state as follows:

---

[1] In accordance with the terms of the Court's Order of April 27, 2009, all claims against defendant U.S. Trust Company, N.A. have been dismissed, and all claims against defendant Charles Stewart Mott Foundation have been dismissed with prejudice, and those entities therefore do not join in this motion. U.S. Trust, now Evercore Trust Company, N.A., as trustee for the U.S. Sugar Employee Stock Ownership Plan (the "ESOP"), is, however, a party to the settlement discussions discussed herein, and has authorized counsel for Defendants to represent that it has no objection to the relief sought in this motion.

1. On October 6, 2008, Plaintiffs filed their Consolidated Complaint. The Consolidated Complaint contained thirteen counts, including state law claims and federal claims under the Employee Retirement Income Security Act ("ERISA"), based on alleged breaches of fiduciary duties, and the proper valuation of certain stock of U.S. Sugar Corporation.

2. On April 28, 2009, this Court entered a 47-page Order Granting in Part and Denying in Part the Motions to Dismiss the Consolidated Complaint (D.E. # 224). In the Order, the Court dismissed with prejudice or dismissed without prejudice all counts in the Consolidated Complaint with the exception of Count I on behalf of Plaintiff Mary Rafter. Among other holdings, the Court held that the Plaintiffs had failed to exhaust their administrative remedies prior to filing suit with respect to the ERISA claims (Counts VI – XIII).

3. On May 11, 2009, the Parties filed a Joint Motion for a Stay of All Pre-Trial Deadlines and Trial Date [D.E. 228]. On May 14, 2009, this Court entered an Order [D.E. 231] granting the Joint Motion. The Court stayed all pre-trial deadlines, including any deadlines for pre-trial motions, for a 30-day period (until June 10, 2009) and removed the case from the June 22, 2009 trial docket.

4. On May 28, 2009, the Parties held a mediation before Bruce Greer – the third mediation held with Mr. Greer during the pendency of this case. At the conclusion of the mediation, the Parties reached a settlement in principle of the case.

5. This is a putative class action, and the Parties anticipate that the Plaintiffs will file a motion for preliminary approval of a settlement agreement including a proposed settlement class. In addition, because a settlement would involve the ESOP, an

2

ERISA Plan, an independent fiduciary appointed pursuant to rules promulgated by the Department of Labor will be involved in the process. Because of these and other reasons, the Parties believe that the process for documenting a proposed settlement agreement and seeking approval of a settlement will be more time-consuming and involved than in a traditional case.

6.  On June 9, 2009, the Parties filed a joint motion for a 45-day extension of the stay of litigation in order to work on the settlement process. The Court entered an Order Granting Joint Motion for 45-Day Extension of Stay [D.E. 232], which extended the stay through July 27, 2009. In addition, as requested by the Order, the parties subsequently filed Notices with the Court indicating that all pending discovery motions, and a pending motion to intervene by a non-party, were no longer relevant to the Parties' proceedings.

7.  By this joint motion, the Parties are requesting that the Court enter a Settlement Scheduling Order setting September 3, 2009 as the date by which the Parties shall submit an executed settlement agreement to the Court and by which the Plaintiffs shall file a motion for preliminary approval of the settlement pursuant to Rule 23. During the intervening time period, the Parties intend to finalize and execute a settlement agreement to submit to the Court for preliminary approval. In addition, the Parties intend to design, negotiate, and, to the extent feasible, complete certain discovery to facilitate settlement of the litigation.

8.  In accordance with the United States Southern District Local Rules, all Parties agree to the relief requested herein.

WHEREFORE the Parties respectfully and jointly request that this Court enter a Settlement Scheduling Order (a) setting September 3, 2009 as the date by which the Parties shall submit an executed settlement agreement to the Court and by which the Plaintiffs shall file a motion for preliminary approval of the settlement pursuant to Rule 23(e), and (b) setting a hearing date on such motion on a date thereafter.

Respectfully submitted,

/s/ Curtis B. Miner
Lewis S. Eidson, Esq.
Florida Bar No.: 151088
Roberto Martínez, Esq.
Florida Bar No.: 305596
Curtis B. Miner, Esq.
Florida Bar No.: 0885681
curt@colson.com
COLSON HICKS EIDSON
255 Aragon Avenue, 2nd Floor
Coral Gables, FL  33134
Telephone: 305-476-7400
Facsimile: 305-476-7444

/s/ Curtis Alva
Robert S. Hackleman, Esq.
Florida Bar No.: 284041
rhackleman@gunster.com
Curtis Alva, Esq.
Florida Bar No.: 178993
calva@gunster.com
Helaina Bardunias, Esq.
Florida Bar No.: 565431
hbardunias@gunster.com
GUNSTER, YOAKLEY & STEWART, P.A.
Las Olas Centre
450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL  33301-4206
Telephone:    954-462-2000
Facsimile:    954-523-1722
***Counsel for Defendant U.S. Sugar Corp.***

/s/ Lee Squitieri
Stephen J. Fearon, Jr., Esq.
Stephen@sfclasslaw.com
Lee Squitieri, Esq.
lee@sfclasslaw.com
SQUITIERI & FEARON, LLP
35 East 57th Street, 12th Floor
New York, NY 10022
Telephone: 212-421-6492
Facsimile: 212-421-6553

/s/ Kenneth J. Vianale
Kenneth J. Vianale, Esq.
Florida Bar No. 0169668
Julie Prag Vianale, Esq.
Florida Bar No. 0184977

4

jvianale@vianalelaw.com
VIANALE & VIANALE, LLP
2499 Glades Road, Suite 112
Boca Raton, Florida 33431
Telephone: 561-392-4750
Facsimile: 561-392-4775

Kenneth A. Wexler, Esq.
Melisa Twomey, Esq.
Wexler Wallace, LLP
55 West Monroe Street
Suite 3300
Chicago, IL 60603
Telephone: 312-346-2222
Facsimile 312-346-0022
***Counsel for Plaintiffs***

/s/ Hilarie Bass
Hilarie Bass, Esq.
Florida Bar No.: 334243
BASSH@gtlaw.com
David Coulson, Esq.
Florida Bar No.: 176222
CoulsonD@gtlaw.com
GREENBERG TRAURIG, P.A.
1221 Brickell Avenue
Miami, Florida 33131
Telephone: 305-579-0745
Facsimile: 305-579-0717
***Counsel for Robert H. Buker, Jr., John Butler, Frederick Kirkpatrick, Roy E. Peterson, W. Archibald Piper, William H. Piper, Lloyd E. Reuss, Horace Wilkins, and Gerard Bernard***

/s/ Christopher S. Duke                     /
Christopher S. Duke, Esq.
Fla. Bar No. 0901740
AKERMAN SENTERFITT
Esperante Building,
222 Lakeview Avenue , Suite 400
West Palm Beach , FL 33401-6183 USA
Telephone: 561.653.5000
Facsimile: 561.659.6313
Email: chris.duke@akerman.com


AND

H. Douglas Hinson, Esq. (*pro hac vice*)
Patrick C. DiCarlo, Esq. (*pro hac vice*)
Nancy B. Pridgen, Esq. (*pro hac vice*)
ALSTON & BIRD, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: 404-881-7000
Facsimile: 404-881-7777
**Counsel for William S. White and Ridgway White**

<div style="text-align: right;">*Master File No.*<br>*08-80101-CIV-MIDDLEBROOKS*</div>

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing document was sent via electronic service to the parties registered to receive such service in the CM/ECF system this 28th day of July 2009.

<div style="margin-left: 50%;">
/s/ Curtis Miner<br>
Curtis Miner, Esq.
</div>