UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

---------------------------------------- x
                                         :
IN RE UNITED STATES SUGAR,               :
CORPORATION LITIGATION                   :    Master File No.
                                         :    08-80101-CIV-MIDDLEBROOKS
                                         :
---------------------------------------- x

### ORDER ON A SETTLEMENT SCHEDULE, GRANTING [DE 238]

THIS CAUSE comes before the Court on the Parties' Joint Motion for Entry of Settlement Scheduling Order [DE 238], filed on July 28, 2009. I have reviewed the record and am advised in the premises.

The Parties request the entry of a Settlement Scheduling Order (a) setting September 3, 2009 as the date by which the Parties shall file an executed settlement agreement and corresponding motion by Plaintiffs for preliminary approval of the settlement pursuant to Rule 23 of the Federal Rules of Civil Procedure, and (b) setting a hearing date on such motion on a date thereafter. The Parties will spend the interim finalizing and executing a settlement agreement, and complete certain discovery to facilitate settlement. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Parties' motion [DE 238] is GRANTED. The Parties shall file an executed settlement agreement and corresponding motion by Plaintiffs for preliminary approval of the settlement pursuant to Rule 23 of the Federal Rules of Civil Procedure on or before **September 3, 2009**. A hearing will be held on the same on **September 18, 2009 at 10:00 A.M.** in West Palm Beach.

DONE AND ORDERED in Chambers at Miami, Florida, this 29 day of July, 2009.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to counsel of record

1