UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE UNITED STATES SUGAR )
CORPORATION LITIGATION    )   Master File No.
                          )   08-80101-CV-MIDDLEBROOKS/JOHNSON

### ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME [DE 240]

THIS CAUSE is before the Court on the Parties' Joint Motion for Extension of Time [DE 240], filed on September 3, 2009. This Court has reviewed the record and is advised in the premises. For good cause shown, it is hereby:

ORDERED AND ADJUDGED that the Parties' Motion [DE 240] is GRANTED. The Parties shall submit a signed settlement agreement, along with a motion for preliminary approval of settlement by the Plaintiffs, by **September 24, 2009**. The previously scheduled hearing on the motion for preliminary approval of the proposed settlement is rescheduled for **Friday, October 2, 2009, at 10 A.M.**, in West Palm Beach.

DONE AND ORDERED in Chambers at West Palm Beach, Florida on this 4th day of September, 2009.

HON. DONALD L. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel of Record