# **EXHIBIT 7**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

———————————————————   x
                            :
                            :
IN RE UNITED STATES SUGAR   :     Master File No.
CORPORATION LITIGATION     :     08-80101-CIV-MIDDLEBROOKS
                            :
                            :
———————————————————   x

**DECLARATION OF KENNETH A. WEXLER IN SUPPORT OF
THE APPLICATION FOR AN AWARD OF ATTORNEYS'
FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

I, Kenneth A. Wexler, declare as follows:

1.      I am a member of the law firm Wexler Wallace LLP.  I am submitting this

Declaration in support of my firm's application for an award of attorneys' fees in connection with

services rendered in the above-entitled action and the reimbursement of expenses incurred by my

firm in the course of this litigation.

3.      The identification and background of my firm and its partners is attached hereto

as Exhibit A.

4.      In connection with the prosecution of the claims set forth in the Action, my firm

performed, inter alia, the following services:  investigations and factual research; discovery-

related matters; services related to pleadings, briefs and pre-trial motions; settlement negotiations

and stipulations; class certification services; and file management.

1

5.      The Action was pursued on a fully contingent basis. The total number of hours expended by the attorneys and paralegals of my firm is 163.6 hours, of which 30.3 hours were spent by paralegals. This number is derived from the time records regularly maintained by my firm. A listing of the professionals who worked on this matter, the number of hours spent by each such professional and their hourly rate, is attached as Exhibit B. The total amount for the services performed in the Action based upon our current rates is $56,925.

6.      My firm expended a total of $1,669.47 in unreimbursed expenses in connection with the prosecution of this litigation. A listing of the expenses incurred, compiled from the records regularly maintained by my firm, is attached as Exhibit C.

7.      The expenses incurred pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers and check records and are an accurate record of the expenses incurred.

I declare under penalty of perjury under the laws of the State of Florida, that the foregoing declaration is true and correct.

Executed this 18th day of December, 2009, at Chicago, Illinois.

Kenneth A. Wexler

2

# Exhibit A

# WEXLER WALLACE LLP

# FIRM RESUME

**_Chicago Office_**
_55 West Monroe Street, Suite 3300_
_Chicago, IL 60603_
_Tel. 312.346.2222_
_Fax. 312.346.0022_

**_Sacramento, California Office_**
_455 Capitol Mall, Suite 231_
_Sacramento, CA 95814_
_Tel. 916.492.1100_
_Fax. 916.492.1124_

_e-mail at: info@wexlerwallace.com_
_Website:  www.wexlerwallace.com_

# WEXLER WALLACE LLP

## THE FIRM

Wexler Wallace LLP is a Chicago-based nationally-recognized leader in complex class action and multidistrict litigation with a commitment to excellence and achieving meaningful relief for our clients. In short, Wexler Wallace embodies a diverse litigation practice, including antitrust, consumer fraud, securities class action and mass tort litigation. We are respected by our clients, judges and co-counsel as a firm that focuses on practical, innovative solutions and dedication to providing quality. Wexler Wallace sets itself apart from other plaintiffs' firms by the commitment we make to our clients, to advanced technology, and our willingness to risk what it takes to achieve results.

We are frequently retained by our clients to pursue high-profile, high-stakes litigation. We also have been retained by co-counsel to work with them and their clients on cases having wide-ranging and significant importance. We have tried cases and had them affirmed on appeal. In the process, we have helped shape the law and paved the way for future success for our clients and aggrieved plaintiffs generally. We stand for positive change and have proved it through our repeated successes.

Wexler Wallace is proud to have an AV rating from LexisNexis Martindale-Hubbell[1]. An AV Peer Review Rating is a testament to the fact that a lawyer's peers rank him or her at the highest level of professional excellence. Our legal team, which includes four partners, eight associates, three paralegals and a legal nurse, consists of professionals with a broad range of experience and diverse backgrounds. In addition, partners in the firm have been selected multiple times as "SuperLawyers" and "Rising Stars" in both the Illinois and California offices. Many of our lawyers serve as leaders in charitable institutions, universities, and national, state, and local bar associations.

---

[1] Martindale-Hubbell is the facilitator of a peer review rating process. Ratings reflect the confidential opinions of members of the Bar and the Judiciary. Martindale-Hubbell Ratings fall into two categories - legal ability and general ethical standards. CV, BV and AV are registered certification marks of Reed Elsevier Properties Inc., used in accordance with the Martindale-Hubbell certification procedures, standards and policies.

## REPRESENTATIVE ACTIONS AND NOTABLE SUCCESSES

### Antitrust Litigation

#### Paxil® (Nichols v. SmithKline Beecham Corp., No. 00-CV-6222 (E.D. Pa))

Wexler Wallace served as co-lead counsel in this case alleging Defendants' improper listing of patents for paroxetine hydrochloride in the Orange Book and that Defendants engaged in repeated "sham" patent infringement litigation against various generic drug manufacturers. Plaintiffs alleged that these actions kept generic versions of Paxil® off the market.

Instead of a traditional price-fixing case, the Paxil case involved a Federal Trade Commission ("FTC") investigation which was closed without further FTC action. With no outside support, Ken Wexler, as one of three co-lead counsel, had to build the case from the ground up. Moreover, the Paxil case is believed to be one of the earliest actions, if not the first, to allege misuse of patents to delay generic competition in a pharmaceutical market brought under Section 2 of the Sherman Act, rather than Section 1. Despite these unique hurdles, and after extensive discovery and investigation, the case settled for $65 million. The favorable response to this hard-fought settlement was overwhelming, with over 60,000 consumers filing claims.

#### In re: Hypodermic Prods. Antitrust Litg., MDL No. 1730 (D.N.J.)

Wexler Wallace serves as interim co-lead class counsel on behalf of pharmacies, hospitals and other providers of hypodermic products manufactured by Becton Dickinson, such as disposable syringes and associated needles, disposable blood collection tubes and holders, IV catheter devices and their associated needles. The Complaint alleges that healthcare providers paid more for these Becton products because Becton maintained a monopoly in the disposable hypodermic products market by "bundling" products where Becton faced little or no competition with products where, absent its anti-competitive conduct, Becton would have faced competition.

#### In re: Live Concert Antitrust Litg., MDL No. 1745 (C.D. Cal.)

Wexler Wallace is co-lead counsel for Plaintiff ticket buyers in this case which alleges that media conglomerate Clear Channel used its monopoly to dominate the concert promotion industry. Plaintiffs allege that this increased the cost of tickets purchased to live rock concerts. Plaintiffs filed class action lawsuits against Clear Channel in 23 different regional markets, all of which are before Judge Stephen V. Wilson in federal court in Los Angeles for pretrial proceedings.

#### In re: BP Prods. North America, Inc. Antitrust Litg., MDL No. 1801 (N.D. Ill.)

Wexler Wallace has again been appointed interim co-lead class counsel in this case filed against BP Products North America, Inc. Wexler Wallace represents indirect purchasers

of propane who were injured by BP's unlawful manipulation of the price of TET physical propane after it cornered the TET propane market in February 2004. The case recently settled and is undergoing the approval process.

### *In re: Chocolate Confectionary Antitrust Litg.*, MDL No. 1935. (M.D. Pa.)

Wexler Wallace filed a class action on behalf of all direct purchasers of chocolate from the major manufacturers in the United States, including Hershey, Nestle, Mars, and Cadbury. Wexler Wallace's complaint alleges that the defendants conspired to raise, fix, maintain, peg and/or stabilize the prices of chocolate from January 1, 2002 through the present in violation of the Sherman Act and Clayton Antitrust Act. The defendants' alleged antitrust violations are also being investigated by The Canadian Competition Bureau and the United States Department of Justice. This multi-district litigation now involves over 75 federal actions, and has been consolidated in the United States District Court for the Middle District of Pennsylvania for pretrial proceedings.

### *In re: Wellbutrin XL Antitrust Litg.*, No. 2:08-cv-02433 (E.D. Pa.)

This case alleges that Defendants Biovail and GlaxoSmithKline filed sham patent infringement lawsuits and a sham citizen petition with the FDA in order to keep generic versions of Wellbutrin XL (extended release) off the market. Plaintiffs further allege that Defendants settled their baseless patent infringement lawsuits by entering into anti-competitive agreements that further delayed the arrival of generic Wellbutrin XL on the market. Plaintiffs allege that these actions caused them to pay more for Wellbutrin XL because, absent these actions, they could have paid for far cheaper generic versions of the drug. Generic versions of brand drugs typically cost at least 30 percent less than their brand counterparts when there is a single generic competitor, and as much as 80 percent less when there are multiple generic competitors on the market. Wexler Wallace is co-lead counsel in this action.

### *Sheetmetal Workers Local 441 Health and Welfare Plan, et al., v. GlaxoSmithKline PLC, et al.*, No. 04-cv-5898 (E.D. Pa.)

Wexler Wallace represents the United Food and Commercial Workers Unions and Employers Midwest Health Benefits Fund ("UFCW"), one of several third party payors to file suits in the Eastern District of Pennsylvania against GlaxoSmithKline ("GSK"), alleging that GSK filed baseless patent infringement actions against makers of generic Wellbutrin SR in order to extend its market exclusivity for Wellbutrin SR and Zyban, medications commonly used to treat depression and to help individuals quit smoking. The Plaintiffs claim that GSK's actions caused consumers and third-party payors to pay more for Wellbutrin SR than they would have if far cheaper generic versions of the drug had entered the market earlier.

### *In re: Plavix Indirect Purchaser Antitrust Litg.*, No. 1:06-CV-226 (S.D. Ohio)

Wexler Wallace represents UFCW and is a member of the Executive Committee in this antitrust class action brought by third-party payors and consumers against drug manufacturers Sanofi, Bristol Myers Squibb and Apotex. The case alleges that Apotex agreed not to market a generic version of Plavix, a blockbuster drug used to treat patients at risk of heart attack and stroke. The Complaint alleges that this agreement caused third party payors to incur significantly higher costs when reimbursing for Plavix.

### *In re: OSB Antitrust Litg.*, No. 06-CV-00826 (E.D. Pa.)

Wexler Wallace pursued this antitrust class action on behalf of direct purchasers of Oriented Strand Board (OSB) from Louisiana-Pacific Corporation, Weyerhaeuser Company, Georgia-Pacific Corporation, Potlatch Corporation, Ainsworth, Norbord, Inc., J.M. Huber Corporation and Tolko Industries, Inc. Plaintiffs allege that these Defendants combined and conspired to fix prices at which OSB was sold by reducing the available supply in violation of antitrust laws. The case, which was pending in the United States District Court for the Eastern District of Pennsylvania settled for $120 million.

### *In re: Dairy Farmers of America, Inc. Cheese Antitrust Litg.*, MDL No. 2031 (N.D. Ill.)

In this case, Wexler Wallace has filed a complaint asserting that Dairy Farmers of America (DFA) and Gary Hanman, the CEO, participated in illegal monopolization of the cheese and dairy markets at the Chicago Mercantile Exchange. On behalf of the plaintiffs, we are claiming that DFA engaged in illegal monopolization transactions because they knew that their price manipulation scheme would cover their losses and result in higher prices of processed cheese and processed milk. This illegal practice harms all consumers of these products.

### *In re: Flonase Antitrust Litg..*, No. 2:08-CV-3301 (E.D. Pa.)

Plaintiffs allege that GlaxoSmithKline ("GSK") filed a series of citizen petitions with the Food & Drug Administration ("FDA") in order to keep generic versions of Flonase (fluticasone propionate) off the market. Citizen petitions are letters that can be submitted to the FDA to address issues of the safety and efficacy of a drug under review. Until the statute authorizing citizen petitions was amended due to its abuse by pharmaceutical companies seeking to preserve their monopolies, the filing of a citizen petition stayed the FDA's decision of a generic company's ANDA -- or application to sell and market a generic drug. Plaintiffs allege that Defendant abused the citizen petition process in order to preserve its monopoly profits for the drug Flonase. Wexler Wallace serves on the Plaintiffs' Executive Committee in this case.

**_In re: Fretted Instrument Products Antitrust Litg._, MDL No. 2121 (S.D. Cal.)**

Wexler Wallace is the first among dozens of firms to have recently filed nationwide antitrust class actions, alleging competitors in the musical instrument product industry, facilitated by their trade association, the National Association of Music Merchants, Inc. ("NAMM"), conspired to fix prices of their products through unlawful information exchanges. The Federal Trade Commission ("FTC") issued a cease and desist order to NAMM settling the FTC's charges that it had "permitted and encouraged" acts constituting violations of the FTC Act. Specifically, the FTC, after an investigation, alleged that between 2005 and 2007, NAMM organized various meetings and programs for its members, such as Guitar Center, Inc., at which these competing retailers of musical instruments were permitted and encouraged to exchange competitively sensitive information, strategies for implementing minimum advertised pricing and other information enabling them to restrict retail price competition.

## REPRESENTATIVE ACTIONS AND NOTABLE SUCCESSES

### Consumer Protection

*In re: Pet Food Products Liability Litg.*, **MDL No. 1850 (D.N.J.).**

Wexler Wallace serves as co-lead counsel in this consumer multidistrict litigation arising from the largest pet food recall in history, involving over 180 brands of products produced or sold by over 40 defendants. The action, which was pending before the Honorable Noel L. Hillman in the United States District Court for the District of New Jersey, sought compensation for pet owners throughout the country for financial and other harm suffered when their pets ate contaminated pet food. The Honorable Noel L. Hillman (D.N.J.) granted final approval of a comprehensive $24 million settlement that provides aggrieved pet owners up to 100% of their economic damages.

*In re: DirecTV Satellite Receiver Lease Fee Litg.*, **No. cv-08-01558 FMC (C.D. Cal.)**

Wexler Wallace is prosecuting a consumer class action in federal court against DirecTV, pending in the United States District Court for the Central District of California before the Honorable Florence-Marie Cooper, alleging that the company misleads customers into believing they own the satellite receivers when, in reality, DirecTV considers the purchase to be a "lease" subject to monthly fees. The case seeks, among other things, a ruling that DirecTV customers own their equipment and DirecTV's purported lease is invalid. Plaintiffs also seek corrective disclosures and a return of improperly charged lease fees.

In an important victory for consumers, the Court specifically found that the arbitration clause that DirecTV was attempting to enforce against its customers is "unenforceable because it included an unconscionable class action waiver." DirecTV immediately appealed the ruling. The Ninth Circuit Court of Appeals recently affirmed Judge Cooper's decision.

*In re: RC2 Corp. Toy Lead Paint Products Liability Litg.*, **MDL No. 1893 (N.D. Ill.)**

Wexler Wallace filed a class action suit against the RC2 Corporation, which manufactures the popular line of children's toys, "Thomas & Friends Wooden Railway Toys." Wexler Wallace filed the lawsuit on behalf of all consumers who purchased various Thomas & Friends toys during the Class Period. Plaintiffs alleged that RC2 failed to inspect and test toys after they were imported from manufacturers based in China and before they were sold to the public. A settlement favorable to the Class was granted final approval by the Court.

**In re: Webloyalty.Com, Inc. Marketing and Sales Practices Litg., MDL No. 1820 (D. Mass.)**

Wexler Wallace served as Co-Lead Counsel in this consumer multidistrict litigation concerning deceptive Internet marketing and selling strategies, unauthorized charges on consumers' credit cards and non-cancellation of memberships. Consumers became enrolled in Webloyalty's programs in the course of transactions for other online purchases, typically through "pop-up" advertisements. The Honorable Joseph L. Tauro approved a nationwide settlement unprecedented in a case of this type that allowed consumers to recover up to 100% of unauthorized charges for enrollment in any Webloyalty membership program. The settlement also required that significant changes be made to disclosures on Webloyalty enrollment pages as well as post-enrollment notifications regarding program enrollment and membership fees.

**Online Merchant Sys., LLC v. Overture Servs., Inc. and Yahoo, Inc., No. 05-4833 (C.D. Cal.)**

Wexler Wallace served as co-lead counsel in this consumer class action on behalf of an online advertiser asserting that Yahoo's online advertising system caused online advertisers to pay more than they otherwise would have for the same advertising space, and that the class' bidding behavior was altered as a result of Yahoo's unlawful conduct. Plaintiffs obtained a favorable settlement in this matter.

**Casillas v. Wal-Mart Stores, Inc., No. 2:06-cv-00571 (C.D. Cal.)**

Wexler Wallace filed this proposed class action on behalf of California consumers who were charged higher prices at Wal-Mart check out counters than what was advertised on store shelves. Such overcharges are often difficult to detect and the amount of an individual overcharge deters consumers from seeking remedies at Wal-Mart stores. Plaintiffs alleged that overcharges occurring at Wal-Mart scanner check-outs are almost double the national average. A settlement of this action was recently approved, which provides significant injunctive relief applicable to all of Wal-Mart's California stores. Wal-Mart must regularly certify its compliance with the settlement terms to the Court.

**Ellerbrake v. Campbell-Hausfeld, No. 01 L 540 (St. Clair County, Illinois)**

Wexler Wallace served as co-lead counsel in this consumer fraud case brought against power tool manufacturers for mislabeling the horsepower on their air compressors. After the firm achieved certification of the consumer class, the defendants agreed to a permanent injunction that halted the alleged mislabeling and provided millions of dollars worth of benefits to affected consumers.

**Ortiz v. CVS Pharmacy, Inc., et al., No. 8:09-cv-1050-JVS-MLG (C.D. Cal.)**

Wexler Wallace has filed a class action suit in the Central District of California on behalf of California consumers who were charged excessive fees by CVS Pharmacy for copies

and/or searches of their prescription drug records. California and federal law require that healthcare providers, such as CVS Pharmacy, make prescription records available to patients and charge them reasonable, cost-based fees for inspecting, copying and retrieving such records. This case is currently pending before the Honorable James V. Selna in the United States District Court for the Central District of California.

### *Swift v. Zynga Game Network, Inc., et al.*, No. C 09-05443 EDL (N.D. Cal.)

Wexler Wallace filed the first nationwide class action lawsuit against Zynga Game Network, Inc. ("Zynga") and Facebook, Inc. ("Facebook") on behalf of all consumers who were charged for subscriptions to goods or services through advertisements and offers on the Facebook social networking site. Zynga develops and produces popular social networking games such as Mafia Wars, YoVille!, and FarmVille that are played on Facebook as well as on MySpace. Consumers can obtain "virtual currency" for use in these games by achieving new levels, paying money for the "virtual currency" or by responding to the online advertisements or offers. However, such advertisements and offers are deceptive in that, by responding to them, consumers are subscribed to goods and services for which they are charged fees on a recurring basis without their knowledge or meaningful consent. Moreover, consumers who manage to discover such charges are unable to cancel their subscriptions or face significant obstacles in canceling and obtaining any refund. This case is currently pending in the United States District Court for the Northern District of California.

### *Koch v. HOB Entertainment, Inc..*, No. BC 421668 (L.A. Sup. Ct.)

Wexler Wallace recently filed this consumer class action on behalf of all California purchasers of tickets to Live Nation venues, and through Ticketmaster, alleging false advertising of ticket prices. Plaintiffs allege that the actual prices of tickets are much higher than advertised prices after a number of fees, that are not meaningfully disclosed, are deceptively added to the total price. These fees include "convenience", "service", "facility", and "parking" fees. The action is pending in Los Angeles Superior Court.

### *Simon v. Toshiba America, Inc., et al.*, No. 3:07-CV-6202 (N.D. Cal.)

Wexler Wallace serves as class counsel in this consumer class action against notebook computer manufacturer Toshiba, based on its marketing and sale of particular model notebooks with incorrectly stated memory upgrade capacity. The case is pending in the United States District Court for the Northern District of California before the Honorable Marilyn Patel. Judge Patel recently entered an order preliminarily approving a settlement that offers significant relief to consumers. A hearing is set in January 2010 to determine whether settlement should be given final approval.

***Ronald Carter v. Allstate Insurance Company, et al..*, No. 02-CH-16092 (Cir. Ct. Cook Cty.)**

Wexler Wallace is prosecuting a class action against Allstate, alleging that the company has refused to pay its policyholders either their replacement cost or the limits of liability under the Residential Fire Insurance Policy after fire damaged the insureds' premises. Rather, the Complaint alleges that Allstate improperly settled policyholders' claims based on a market value appraisal Allstate secures for property. This appraisal method results in a reduced recovery by the insureds, in violation of the terms of their insurance policies. The case is pending in Illinois state court and it has twice gone up to the Illinois Appellate Court, First District, on appeal, once in relation to Defendant's motion to transfer to another court pursuant to the doctrine of *forum non conveniens*, and once in relation to Defendant's motion to dismiss. Due to the efforts of Plaintiffs' counsel, the case remains in Cook County, Illinois, where it was filed, and has substantially survived the motions to dismiss.

***Exhaust Unlimited, Inc. v. Cintas Corporation, et al..*, No. 3:02-cv-00614-MJR-DGS (S.D. Ill.)**

Wexler Wallace investigated and pursued claims against a $10 billion service linen supply industry that imposed "ancillary charges" on their customers, such as "Environment Charges," that, despite their appearance and placement on invoices, are not imposed by federal or state governmental laws or regulations and are not an actual pass-through of any tax or other cost. This litigation, which was pending in various courts throughout the country, settled for substantial injunctive and monetary relief.

***In re: Sony DVD Litg.*, No. 03-L-210 (Cir. Ct. Ill., St. Clair Cty.)**

Wexler Wallace served as co-lead counsel in this consumer class action involving DVD/DVP line of video disc players manufactured and sold by Sony, alleging that Sony failed to disclose that the DVD players contained uniform defects that rendered them unable to consistently and clearly play DVDs. After the Plaintiffs achieved class certification, the parties reached a favorable nationwide settlement.

## REPRESENTATIVE ACTIONS AND NOTABLE SUCCESSES

### <u>Health Care Litigation</u>

#### *In re: Pharmaceutical Indus. Average Wholesale Price ("AWP") Litg.*, MDL No. 1456 (D. Mass.)

Wexler Wallace initiated a wave of class actions nationwide against dominant pharmaceutical manufacturers to halt the deceptive reporting of Average Wholesale Prices, or AWPs, which serve as the benchmark from which consumers, union health and welfare funds, insurance companies and other third-party payers ("TPPs") pay for pharmaceuticals. These cases, which were consolidated in the United States District Court for the District of Massachusetts, alleged that pharmaceutical manufacturers such as Abbott, AstraZeneca, Bristol-Myers Squibb, Baxter and GlaxoSmithKline routinely inflated the AWPs they reported to trade publications, causing those who purchased and reimbursed for pharmaceuticals to vastly overpay.

Wexler Wallace was a critical part of the trial team against four of the largest defendants in the litigation which resulted in verdict largely in favor of the plaintiffs that was recently affirmed in all respects by the First Circuit Court of Appeals. In approving a settlement with a single defendant for $70 million, Judge Saris praised Wexler Wallace and their co-counsel, saying that she wanted "to express appreciation again to class counsel for taking this case."

#### *New England Carpenters Health Benefits Fund v. First DataBank*, No. 1:05-cv-11148 (D. Mass.)

Wexler Wallace filed a complaint against pharmaceutical wholesaling giant McKesson Corporation ("McKesson") and pharmaceutical pricing publisher First DataBank, Inc. ("FDB"). Medispan, another publisher, was later named as a defendant in a separate case. Both FDB and Medispan published data containing the AWPs of various drugs. The litigation concerned an unlawful increase in published AWPs, causing consumers and TPPs to overpay for pharmaceuticals.

Judge Patti B. Saris granted final approval of Plaintiffs' $350 million settlement with McKesson. Plaintiffs believe this settlement to be one of the *largest* RICO settlements in history. In addition, Plaintiffs entered into a settlement with FDB and Medispan under which those pricing publishers agreed to pay $2.7 million and "rollback" their WAC-to-AWP mark-ups for over 1400 drug codes from 25% to 20%. The rollbacks will mean that in the future, insurance companies and other third-party payors will pay less for the drugs that are rolled back, resulting in an estimated $750 million in prospective savings to the classes. The rollbacks are intended to recapture for consumers and TPPs amounts that were previously overpaid as a result of Defendants' scheme.

### *In re: Actimmune Marketing Litg.*, No. 3:08-cv-2916 (N.D. Cal.)

Wexler Wallace is a member of the Executive Committee in a case against InterMune, Genentech, and InterMune's former CEO Scott Harkonen. The Complaint alleges that the Defendants instituted a fraudulent marketing campaign that claimed the drug Actimmune was effective for the treatment of idiopathic pulmonary fibrosis (IPF), a deadly lung disease for which there is no effective treatment. The case is based in part on allegations brought in criminal proceedings against InterMune, the company that marketed Actimmune, and Harkonen, its former CEO. As part of an agreement with the federal government, InterMune is paying $42.5 million in restitution to federal and state governments. A jury convicted Harkonen of wire fraud.

### *In re: Express Scripts, Inc. PBM Litg.*, No. 05-md-01672 (E.D. Mo.)

Wexler Wallace is a member of the Plaintiffs' Steering Committee, representing the trustees of United Food and Commercial Workers Unions and Employers Midwest Health Benefits Fund in a case alleging that the pharmacy benefit manager ("PBM") defendants, Express Scripts ("ESI") and its predecessor National Prescription Administrators ("NPA"), breached their duties to third party payor clients in violation of ERISA. There are several consolidated actions, with Wexler Wallace's work focusing on ERISA health plans who have claims against both NPA and ESI.

### *In re: Synthroid Marketing Litg.*, MDL No. 1182 (N.D. Ill.)

Although this case was filed while Ken Wexler was with his predecessor firm, this is litigation of which Wexler Wallace is especially proud. The Synthroid case was one of the first, if not the first, cases brought against a brand name pharmaceutical manufacturer for attempting to suppress generic competition, a practice that significantly raises consumer drug prices. The Synthroid case settled in 2000 for an aggregate amount of $87.4 million.

### *Pirelli Armstrong Tire Corp. Retiree Med. Benefits Trust v. Walgreen Co.*, No. 09-CV-2046 (N.D. Ill.)

Plaintiffs filed this case alleging that Walgreens, which operates more than 7,000 pharmacies across the country, engaged in an unlawful scheme to overcharge insurance companies, self-insured employers and union health and welfare funds by adopting a corporate policy of systematically and unlawfully substituting less expensive generic versions of fluoxetine (generic Prozac) and ranitidine (generic Zantac) prescribed by a physician with more expensive generic versions of those drugs that were not prescribed. Plaintiffs allege that Walgreens did this to increase its own profits, causing third-party payors (TPPs) to be damaged by having to pay for higher priced drugs that were not prescribed to their insureds or members.

## REPRESENTATIVE ACTIONS AND NOTABLE SUCCESSES

### Mass Tort Litigation

#### *In re: Kugel Mesh Hernia Patch Litg.*, MDL No. 1842 (D.R.I.)

Wexler Wallace represents individuals who have had defective Composix Kugel Mesh hernia repair patches implanted in their bodies. The firm is a member of both the State and Federal Plaintiff Steering Committees, chair of the law committee and a member of the trial team. At the direction of the FDA, C.R. Bard and Davol announced a recall of the large and extra large varieties of their surgically implanted hernia repair patches, known as the Composix Kugel Mesh Patch. Despite knowledge of the defective design and manufacture of these patches, C.R. Bard and Davol failed to alert physicians about potential problems and sold roughly 75,000 patches. The Plaintiffs Wexler Wallace represent all suffered serious injuries from the failure of their patches.

#### *In re: Medtronic, Inc. Implantable Defibrillator Prods. Liab. Litg.*, MDL No. 1726 (D. Minn.)

Wexler Wallace filed suit on behalf of United Food and Commercial Workers Unions and Employers Midwest Health Benefits Fund seeking to certify a class of other third party payors (including other union health and welfare benefit plans), as well as many personal injury claimants, to recover the cost of explant surgery and related medical expenses necessitated by the recall of Medtronic's implantable cardiovertable defibrillators ("ICDs") and cardio resynchronization therapy defibrillators ("CRT-Ds"), which were recalled for prematurely failing after implantation in patients who had spontaneous and/or inducible life-threatening ventricular arrhythmias, and those patients who are at high risk for developing such arrhythmias. An arrhythmia is a cardiac rhythm that is out of syncopation, which can cause myocardial damage, a myocardial infarction (heart attack) and/or death. The expense of explantation and re-implantation of replacement ICDs and CRT-Ds is enormous and falls largely on third party payors (TPPs).

#### *In re: Guidant Defibrillators Products Liability Litg.*, MDL No. 1708 or Case No. 0:05-md-01708 (D. Minn.)

Wexler Wallace represented numerous personal injury claimants, as well as third party payors (which includes union health and welfare benefit plans), in this multi-district litigation to recover damages as a result of the nationwide recall of Guidant's ICDs and CRT-Ds. After significant litigation, Guidant resolved the cases in the MDL for $195 million.

## REPRESENTATIVE ACTIONS AND NOTABLE SUCCESSES

### Securities and Business Litigation

#### *Levie v. Sears Roebuck Co.*, No. 04-CV-07643 (N.D. Ill.)

In this securities fraud class action, Wexler Wallace acts as liaison and *de facto* co-lead counsel in the representation of shareholders alleging that, during the period from September 9, 2004 through the close of trading on November 16, 2004, Sears made material omissions and misrepresentations in press releases regarding its acquisition by Kmart, which had the effect of artificially deflating the price of Sears' securities and maintaining their trading level. Plaintiffs brought suit against Sears, ESL Partners, L.P. and individuals Alan J. Lacy and Edward S. Lampert under Sections 10(b) and 20(a) of the Exchange Act, and Rule 10b-5 promulgated there under.

#### *Virginia M. Damon Trust v. Mackinac Financial Corp., f/k/a North Country Financial Corp.*, No. 2:03cv0135 (W.D. Mich.)

Wexler Wallace was co-lead counsel on behalf of plaintiffs in this shareholder derivative lawsuit that alleged that North Country Financial Corporation's (n/k/a Mackinac Financial Corp.) former chief executive officer breached his fiduciary duties to the bank and its shareholders by mismanaging the bank's commercial loan portfolio, failing to heed repeated warnings from regulators regarding internal controls at the bank, and failing to correct specific deficiencies in the bank's underwriting, loan collection, and loan administration functions, among other things. The Virginia Damon Trust alleged that the Bank underwent years of gross mismanagement that ultimately resulted in cease and desist orders from the Federal Deposit Insurance Corporation and the Michigan Office of Financial and Insurance Services. The United States District Court for the Western District of Michigan granted final approval of a multi-million dollar settlement, payable to the bank which, at the time, was in financial distress.

#### *List v. List*, No. 96 CH 845 (Cook County, Illinois Circuit Court)

After more than a decade of litigation, certain shareholders of List Industries retained Wexler Wallace to pursue this derivative suit, which involved alleged waste and mismanagement by an officer and director of the company. After key discovery and extensive settlement negotiations, this long-running dispute was successfully resolved for a confidential amount.

#### *Angelfish Swim School, Inc., v. Glenda A. Hood, Secretary of State of the State of Florida*, No. 03-13413 CA 21 (11th Jud. Cir. Ct., Miami-Dade, F.L.)

In 2003, the law office of Andrew Trailor, P.A. filed this novel case entitled, *Angelfish Swim School, Inc. v. Glenda A. Hood, Secretary of State of the State of Florida* (No. 03-13413 CA 21) in the 11th Judicial Circuit Court in and for Miami-Dade County, Florida. The complaint seeks declaratory relief that two sections of Florida's Business

Corporations Act (Fla. Stat. § 607.0122(13) and Fla. Stat. § 607.193(2)(b)) are unconstitutional. This action involves two plaintiffs: Angelfish Swim School and Steak on the Run, both Florida corporations which failed to timely file Annual Reports with the Florida Secretary of State and were assessed a statutory $400 "late charge" and a $600 statutory "reinstatement fee," respectively.

This litigation is significant because it challenges the Florida Secretary of State's ability to impose excessive "late charges" and "reinstatement fees" upon Florida corporations that fail to timely file Annual Reports with the Secretary of State. The outcome of this case could potentially affect all Florida corporations and shield them from unconstitutional charges and fees.

### *The Village of Maywood, Illinois v. Unison-Maximus, Inc., Hill Taylor & Company, LLC and Sharon Gist Gilliam*, No. 00 L 014029 (Cir. Ct. Ill., Cook County)

In this case, Wexler Wallace filed suit on behalf of a municipality, seeking damages from a management consulting and accounting firm that was hired to run the Village's Finance Department but allegedly failed to fulfill its duties, including failing to keep a detailed general ledger of the Village's finances over a multi-year period. The Village also sued its auditor during this period for its alleged failure to notify the Village that the financial statements prepared by the management consulting and accounting firm were woefully unreliable. The parties ultimately entered into a settlement that completely resolved the litigation.

### *Wiginton v. CB Richard Ellis, Inc.*, No. 02 CV 6832 (N.D. Ill.)

Wexler Wallace filed and served as co-lead counsel in this class action against CB Richard Ellis Group, Inc., alleging claims of sexual harassment on behalf of a class of current and former female employees. After extensive litigation, we secured a favorable settlement that makes available monetary relief for eligible claimants, as well as a charitable contribution to the Commercial Real Estate Women (CREW) Network for the purpose of establishing scholarships to promote the entry or advancement of women in the real estate services industry. The Court granted final approval of Plaintiffs' settlement with CBRE.

### *Illinois Funeral Directors Litigation* (multiple cases)

Wexler Wallace is proud to be lead counsel in these derivative and class actions aimed at restoring the trust monies that have disappeared from the IFDA Services, Inc. Preneed Trust (the "Trust"). The Trust was designed to hold funds deposited by consumers who purchased preneed contracts. Beginning in the fall of 2007, however, funeral directors at the 6 plaintiff funeral homes learned that, contrary to what they had been told, the Trust was in poor shape. The assets were shrinking and the investments were not only inappropriate investments for the goals of the Trust, but were not even what they purported to be. After learning how deposits into the Trust were actually spent, these funeral directors filed suit on January 28, 2009.

The first case filed (*Calvert Funeral Homes, et al. v. Ninker, et al.*) is a derivative action brought on behalf of the Trust and seeks to recover the money that was lost because of defendants' unlawful misconduct. Essentially, this lawsuit alleges, among other things, that the expenditure of Trust funds violated the applicable guidelines, Trust funds were mismanaged, and Defendants' actions resulted in massive losses to the Trust.

## ATTORNEY BIOGRAPHIES

### *Kenneth A. Wexler*
### Founder

Kenneth A. Wexler, the founder of the firm, is a 1980 graduate of the Georgetown University Law Center. He received a Bachelor of Arts degree in 1977, *summa cum laude*, from Washington University in St. Louis, Missouri.

For almost 30 years, Ken has devoted himself to helping those whose rights have been denied, or who have been victims of the unscrupulous or fraudulent actions of others, typically more powerful persons or entities. Founder of Wexler Wallace, Ken was also a founding partner of the firm formerly known as Miller Faucher Cafferty and Wexler LLP. Before then, he began his career and was a partner in the Chicago law firm now known as Much Shelist Dennenberg Ament & Rubenstein, PC.

Ken has been in leadership positions in cases with far-ranging subject matters, including brand name manufacturer suppression of competition from generic drugs, fraudulent and deceptive product overcharges, discrimination and harassment, corporate waste and mismanagement, cost recovery for defective medical devices, false advertising, and government fraud. Ken's practice is devoted to complex class action and commercial litigation, which includes claims brought under federal and various state false claims statutes, and the securities and antitrust laws. At present, Ken is particularly focused on protecting issuers of municipal bonds, recovering losses for pension funds and other investors that were victimized by unlawful and improvident securities lending practices, and cost-recovery for victims of healthcare fraud, including Taft-Hartley Funds, self-insured employers and governments.

Ken is a member of the Chicago Bar Association, Illinois State Bar Association, Federal Bar Association, American Bar Association, Chicago Council of Lawyers, American Association for Justice (AAJ) and the Illinois Trial Lawyers Association. He is admitted to the bar in Illinois and is licensed to practice before the Illinois Supreme Court, United States District Court for the Northern and Southern Districts of Illinois, the United States Court of Appeals for the First, Second, Third, Sixth and Seventh Circuits and the United States Court of Appeals for the District of Columbia. With so many of the firm's cases pending in jurisdictions across the country, Ken has also been admitted to practice *pro hac vice* in United States District Courts of New York, Maine, Massachusetts, Pennsylvania, New Jersey, Virginia, the District of Columbia, Missouri, Tennessee, Florida, New Mexico, Minnesota, Maryland, South Dakota, Connecticut, Ohio, California and Wisconsin.

Along with bar activities, Ken is a fellow of The Roscoe Pound Institute, a member of the American Constitution Society for Law and Policy, a member of the Center for International Legal Studies and the National Association of State Treasurers.

In addition to the cases reflected on the firm's web site, Ken has held leadership positions in two class actions alleging fraudulent conduct under the Commodities Exchange Act. These cases include *In re: First Commodities Corp. of Boston Customer Accounts Litg.*, MDL No. 713 (D. Mass.), and *Benfield v. Mocatta Metals Corp.*, Case No.91-8255 (S.D.N.Y.).

### Edward A. Wallace
**Partner**

Edward A. Wallace is a 1995 graduate of DePaul University College of Law. He received a Bachelor of Arts degree in 1991 from Eastern Illinois University.

Ed joined the firm in February 2000, a little over a month after its founding. Since then, he has helped lead the firm to national prominence. He became a partner of the firm in 2003 and joined Ken Wexler as an equity partner in 2006. Ed focuses his practice on large scale multi-party complex litigation and he has been asked to serve in leadership positions in numerous high-profile cases, including recent appointments in securities litigation and mass torts.

Ed's hard work led to his recognition as a 2009 "Rising Star" by Super Lawyers for the practice areas of class actions and mass torts, an award given annually to no more than 2.5 percent (2.5%) of the lawyers in Illinois. Ed also was rated by peers in the Bar and given an AV® Preeminent™ rating by Martindale-Hubbell[2], the highest rating a lawyer can obtain, indicating a very high to preeminent legal ability and exceptional ethical standards.

He is admitted to the bar in Illinois and is licensed to practice before the Illinois Supreme Court, the United States District Court for the Northern and Southern Districts of Illinois, the United States District Court for the Western District of Michigan, the United States District Court for he District of Colorado, the United States Court of Appeal for the Third and Seventh Circuits and has been admitted *pro hac vice* in many courts around the country.

Ed is a member of the American Bar Association and is a former Consumer Protection Law Subcommittee Newsletter Co-Chair, a member of the Chicago Bar Association, where he is a member of the Class Action Committee, a member of the Illinois State Bar Association, a member of the National Association of Shareholder and Consumer Attorneys, a member of Public Justice as well as a member of the American Association for Justice (AAJ). Within AAJ, he belongs to the Commercial Law Section, the Product Liability Section and the Section on Toxic, Environmental and Pharmaceutical Torts (STEP). At the AAJ's recent annual convention, Ed was re-elected co-chair for the Kugel Mesh Litigation Group.

---

[2] Martindale-Hubbell is the facilitator of a peer review rating process. Ratings reflect the confidential opinions of members of the Bar and the Judiciary. Martindale-Hubbell Ratings fall into two categories - legal ability and general ethical standards. CV, BV and AV are registered certification marks of Reed Elsevier Properties Inc., used in accordance with the Martindale-Hubbell certification procedures, standards and policies.

### *Jennifer Fountain Connolly*
**Partner**

Jennifer Fountain Connolly is a 1998 graduate of the University of Denver College of Law. She received a Bachelor of Arts degree with high honors in 1993 from the University of Chicago. She is admitted to the bars in Illinois and Colorado, the United States Court of Appeals for the Tenth Circuit, and the United States District Courts for Northern and Southern District of Illinois and the District of Colorado.

Jennifer is a partner at the Chicago office of Wexler Wallace. She has established herself as the point person for the firm's antitrust practice and has represented consumers and third-party payors in a variety of class actions, especially in the health care arena. She currently has leadership positions in a number of class actions involving anti-competitive and fraudulent conduct in the pharmaceutical industry. In addition, Jennifer is engaged in litigation directed to the financial industry, as well as numerous false claims (qui tam) actions across the country.

Jennifer has been a key component of the firm's prosecution of the AWP Litigation and served on the team who tried the case against four defendants beginning in the fall of 2006 and helped to successfully defend Plaintiffs' verdict against AstraZeneca in the First Circuit Court of Appeals. She was actively involved in a case where Wexler Wallace is co-lead counsel against McKesson and First DataBank, which alleges they conspired to increase the prices of over 400 brand drugs. Wexler Wallace and their co-lead counsel recently obtained final approval of a $350 million settlement in that case, reached on the eve of trial.

Jennifer enjoys mentoring young attorneys and has therefore taken an active role in teaching the firm's associates about topics ranging from writing skills to e-discovery. She has likewise taught several classes at Loyola University Chicago School of Law, including discovery in complex cases and trying the complex case.

Jennifer joined the firm in October 2002 after working for a complex litigation firm in Denver, Colorado. Prior to that, she was an Assistant Attorney General in the Business Regulation Unit of the Colorado Attorney General's office.

### *Mark J. Tamblyn*
**Partner**

Mark J. Tamblyn is a 1995 graduate of Pepperdine University School of Law, and received his undergraduate degree in 1991 from the University of California at Davis. Since 1995, Mark has practiced exclusively in the areas of consumer and antitrust class action litigation.

Mark manages the Sacramento, California office, and has been practicing in the areas of complex and class action litigation since 1995, representing clients ranging from large

corporations to individual consumers. Mark joined the firm as a partner in 2006 and opened its Sacramento office at that time. Mark's cases primarily involve antitrust violations, unfair competition, internet commerce, predatory lending, internet or web-based fraud and defective products.

Mark's cases are venued in state and federal courts throughout the country, and frequently involve formal or informal coordination of multidistrict litigation. Mark was recently recognized as a 2009 "Rising Star" by Super Lawyers for the practice areas of class actions and mass torts, an award given annually to no more than 2.5 percent (2.5%) of the lawyers in Northern California. Mark is also rated AV® Preeminent™ by Martindale-Hubbell[3], the highest rating a lawyer can obtain, indicating a preeminent legal ability and exceptional ethical standards.

Mark has served as a Judge Pro Tem of the Sacramento County Superior Court. He has been a presenter at numerous seminars on class action litigation issues, including those hosted by the National Consumer Law Center, the National Business Institute, among others.

Mark is an active member of the Consumer Attorneys of California and the California State Bar's Antitrust and Unfair Competition Section. He is admitted to practice before all California state and federal courts. Mark served as a judicial extern to the Honorable Arthur M. Greenwald, United States Bankruptcy Judge, Central District of California.

### *Amber M. Nesbitt*
### Associate

Amber M. Nesbitt is a 2000 graduate of the University of Michigan, with a Bachelor of Arts in psychology and sociology. She received her J.D., *magna cum laude*, from Loyola University Chicago School of Law in 2004. At Loyola, she was a member of the Loyola University Law Journal and the Publication Editor of the Public Interest Law Reporter.

Amber began at Wexler Wallace as a summer associate while in law school, and joined the firm as an attorney upon graduating in 2004. In that time, she has been actively involved in several types of cases, from complex class action litigation involving nationwide claims to arbitration of business disputes and everything in between. A majority of her time is spent on antitrust, consumer fraud, and RICO cases, although she also has extensive experience with civil rights, securities, mass torts and shareholder derivative lawsuits. She is regularly involved in all aspects of litigation, from investigating potential cases, conducting and managing discovery, researching legal issues and drafting briefs at every stage of a lawsuit, preparing for trial, and mediating and negotiating settlements. Amber has first-chaired the arbitration of a partnership dispute directed to a complex business relationship and real estate transaction.

---

[3] Martindale-Hubbell is the facilitator of a peer review rating process. Ratings reflect the confidential opinions of members of the Bar and the Judiciary. Martindale-Hubbell Ratings fall into two categories - legal ability and general ethical standards. CV, BV and AV are registered certification marks of Reed Elsevier Properties Inc., used in accordance with the Martindale-Hubbell certification procedures, standards and policies.

### *Dawn M. Goulet*
### Associate

Dawn M. Goulet is a 2009 graduate, *magna cum laude*, of the Loyola University Chicago School of Law. She received her Bachelor of Science in Architecture, *cum laude*, from Lawrence Technological University, Southfield, MI in 2002. At Loyola, she was a member of the Loyola University Law Journal and the Publication Editor of the Public Interest Law Reporter.

Dawn is an associate in the firm's Chicago office, where she began her legal career as an assistant. After becoming a paralegal at Wexler Wallace, Dawn developed a passion for complex litigation that led her to law school. She immersed herself in a curriculum of consumer protection, antitrust, class action litigation, products liability and pharmaceutical regulation, received CALI awards for obtaining the highest grade in a number of her classes, and graduated magna cum laude from Loyola University Chicago School of Law. Dawn emerges from law school with a host of new skills, but with continued dedication to the firm she has called home for over six years. Her familiarity with complex litigation now serves her well as a new associate.

At Loyola, she was the recipient of academic honors and demonstrated leadership as an executive editor on the board of the Consumer Law Review. Because of the interest and experience she developed at Wexler Wallace, Dawn was also selected, as a first year law student, to join the Institute for Consumer Antitrust Studies' student fellowship, which is limited to students with demonstrated interest or experience in antitrust and consumer protection, and who maintain grades at the top of their class. As a student fellow, Dawn attended the 2008 ABA Antitrust Spring Meeting in Washington, D.C., as well as a series of Institute-led events attracting renowned scholars and practitioners in the field of antitrust.

As a third year student at Loyola, Dawn was also one of six law students from Chicago-area law schools featured in the September, 2008 issue of Chicago Lawyer magazine. One student from each school was chosen to participate in a roundtable discussion and provide advice to future law students on everything from managing coursework, dealing with stress and navigating the recruitment process.

### *Ian J. Barlow*
### Associate

Ian J. Barlow is a 2003 graduate of the University of California at Berkeley, and a 2006 graduate of the University of California at Los Angeles School of law. As a member of Wexler Wallace's Sacramento Office, his practice emphasizes complex class action litigation. His work has included class actions involving e-commerce, defective products and consumer warranty issues, and consumer protection cases involving false and misleading advertising and unfair or deceptive business practices. Ian has litigated cases

in state and and federal courts and has made significant contributions to briefings in the Third Circuit Court of Appeals.

Prior to joining Wexler Wallace, Ian was a judicial extern for the Honorable Robert M. Takasugi in the U.S. District Court for the Central District of California. Ian has also worked as a law clerk at the Western Center on Law & Poverty in Los Angeles and at Southern California civil rights firms Hadsell, Stormer, Keeny, Richardson & Renick LLP and Litt Estuar Harrison & Kitson LLP. Ian was Chief Articles Editor for the Asian Pacific American Law Journal and a mentor in the UCLA School of Law Outreach Resource Center Law Fellows program. He graduated from law school with concentrations in both Critical Race Studies and the David J. Epstein Program in Public Interest Law & Policy. Before attending law school, Ian worked as a staff member for California State Assemblywoman Dion Aroner, serving as a liaison on such issues as affordable housing, developmental disabilities and homelessness. Ian was also a fellow in the Coro Fellows Program in Public Affairs.

### *Mark R. Miller*
### Associate

Mark R. Miller is a 2001 graduate of Central Michigan University, with a Bachelor of Science in History. He received his J.D. from Loyola University Chicago School of Law in 2004.

Before joining Wexler Wallace, Mark represented both plaintiffs and defendants at all stages of litigation and in various areas of the law. He has first-chaired a bench trial and successfully argued a motion for class certification in a multimillion dollar case.

At Wexler Wallace, Mark has been engaged in virtually all facets of complex litigation on the plaintiffs' side. He has enhanced the firm's reputation and developed solid relationships with judges, co-counsel and clients alike.

Mark's charitable work has demonstrated his commitment to protecting the right of all persons, regardless of social or economic background, to obtain able representation. His work with local businesses has given him an understanding of the importance of the legal system's role in protecting the interests of small business and consumer clients from trade violations and other abuses of market power.

While at Loyola, he obtained a Trial Advocacy Certificate, received awards for his work with local small businesses, was chosen by faculty members to participate in Loyola's London Comparative Advocacy Program and provided pro bono legal services to the indigent through the Cabrini Green Legal Aid clinic. He currently coaches Loyola's Chicago Bar Association Moot Court Team. Mark is admitted to the bar of the State of Illinois and the United States District Court for the Northern District of Illinois.

### *Michael H. Bowman*
**Associate**

Michael H. Bowman received his J.D. from Rutgers University in May of 2004. Mike began his legal career at what was then the Wheeling, West Virginia office of Wexler Wallace. He made an immediate impact as a significant contributor to antitrust document reviews. At the same time, Mike became increasingly involved with the firm's mass torts practice, which is his primary concentration today.

Mike's early experience training for a career in medicine has fueled his desire to assist those clients who slip through the cracks of the healthcare system. At Wexler Wallace, he is continually striving to meet this goal. He brings his diversity of experience and his passion for the law to all of his work here at Wexler Wallace.

### *Michele A. Casey*
**Associate**

Michele A. Casey is a 1999 graduate of Harvard University, where she received a Bachelor of Arts degree in English and Women's Studies *magna cum laude*. She received her law degree in 2004 from the University of California, Berkeley School of Law (Boalt Hall), where she graduated Order of the Coif, was Senior Executive Editor of the Berkeley Journal of Employment and Labor Law and a Clinic Participant in the East Bay Community Law Center.

Michele came to Wexler Wallace LLP from Sidley Austin LLP, where her practice focused on accountant liability, securities class actions and appellate work. Michele has experience with complex commercial litigation, including, among other things, preparing witnesses for testimony before the Securities and Exchange Commission, drafting and responding to discovery requests, and taking primary responsibility for motions to dismiss, summary judgment and post-trial motions and appeals in a variety of jurisdictions, including the United States Supreme Court. Michele has taken on a significant role in the firm's pharmaceutical antitrust litigation and its securities litigation.

Michele is committed to pro bono practice and has worked on several pro bono cases relating to low-income housing, including handling a house closing for a participant in the Community Economic Development Law Project of the Chicago Lawyers' Committee for Civil Rights Under the Law, and successfully negotiating a favorable settlement for a low-income tenant while working with the Lawyers' Committee for Better Housing. From 1999-2001, Michele served as an AmeriCorps VISTA volunteer for the Land of Lincoln Legal Assistance Foundation in Champaign-Urbana, Illinois.

### *Neha Duggal*
**Associate**

Neha Duggal is a 2004 graduate of the University of California at Davis, with a Bachelor of Arts in Economics and Communications (Deans List). She received her law degree in 2007 from the University of San Diego. As a member of Wexler Wallace's Sacramnto office, her practice focuses on class action litigation directed to consumer and business fraud. Her work has included involvement in consumer class actions involving defective home appliances, misrepresentations of jewelery products, and home satellite receiver services.

Prior to joining the Firm, Neha worked for a large national law firm that specializes in class action defense. Ms. Duggal is a graduate of the University of San Diego School of Law. During law school, Neha participated in Moot Court and represented clients through the law school's Small Claims & Environmental Legal Clinic.

### *Sharlene P.B. Hobson*
**Associate**

Sharlene P.B. Hobson is a 2003 graduate of New York University School of Law, where she was a Root-Tilden-Kern scholar. Prior to law school, Sharlene received her M.A. in Social Service Administration from the University of Chicago and practiced in the fields of youth development and advocacy on behalf of victims of sexual assault.

Sharlene's litigation practice focuses on business/commercial, corporate governance, consumer protection and antitrust matters. She has a wide range of litigation experience, including conducting direct and cross examinations of both fact and expert witnesses.

Prior to joining Wexler Wallace, Sharlene worked at Sidley Austin LLP where she represented officers and directors, accounting firms, corporations, and banks in federal securities class actions, shareholder derivative suits, and professional negligence and breach of fiduciary duty actions. She also represented clients in investigations and enforcement proceedings by the Securities and Exchange Commission, as well as internal investigations.

### *Debbie A. Pritts*
**Legal Nurse Consultant**

Debbie A. Pritts, R.N., LNCC is a Registered Nurse with over 20 years of clinical experience in Oncology, Med-Surg, Endoscopy, Ambulatory/Outpatient Care, Orthopedics, Ophthalmic Laser, Home Health and Utulization Review. She has been certified in BLS (Basic Life Support), ACLS (Advanced Cardiac Life Support) and Chemotherapy Administration. Debbie achieved the status as Legal Nurse Consultant Certified (LNCC) through the American Association of Legal Nurse Consultants

(AALNC) in November 2005. LNCC certification is designated after successfully meeting the requirements through examination and experience that validate qualifications, knowledge and practice in the field of legal nurse consulting. LNCC is the only legal nurse consulting credential recognized by American Association of Legal Nurse Consultants and accredited by the American Board of Nursing Specialties (ABNS).

Debbie has experience in Product Liability, Medical Malpractice, Personal Injury and Workers Compensation. Debbie is a member of the American Association of Legal Nurse Consultants and the West Virginia Upper Ohio Valley Chapter of the AALNC, presently serving as the chapter's president.   She has been a Member of the Board of Directors since 2005, serving as a past Treasurer and is Chair of the Website Committee. Additionally she is a founding member of the WV Bar Association, Legal Nurse Consultant Section.

She works directly with clients of Wexler Wallace, from the first time they contact the firm, through trial.  Her expertise and passion for the job has provided the firm's clients with the service they deserve.

# Exhibit B

**US SUGAR**

**Wexler Wallace LLP**

Time Summary

TIME PERIOD:      Inception through November 23, 2009

| **NAME** | | **POSITION** | | **CUMULATIVE HOURS** | **HOURLY RATE** | | **CUMULATIVE LODESTAR** |
|---|---|---|---|---|---|---|---|
| Kenneth A. Wexler | | Managing Partner | | 46.7 | 600 | | $26,280.00 |
| Edward A. Wallace | | Partner | | 1.3 | 435 | | $565.50 |
| Mark R. Miller | | Attorney | | 0.8 | 325 | | $260.00 |
| S. Melisa Twomey | | Attorney (Former) | | 84.5 | 289.52 | | $25,274.50 |
| Jamie L. Crofts | | Paralegal | | 30.3 | 150 | | $4,545.00 |
| | | | | | | | |
| TOTAL: | | | | 163.6 | | | $56,925.00 |

# Exhibit C

**US SUGAR**

**Wexler Wallace LLP**

Expense Summary

TIME PERIOD:                    Inception through November 23, 2009

| Description | Amount |
|---|---|
| Online Research | $100.68 |
| Copying | $95.25 |
| Filing Fees | $75.00 |
| Out of Town Travel | $1,398.12 |
| Postage | $0.42 |
| Total: | $1,669.47 |