UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CLOSED CIVIL CASE**

---------------------------------------- x
:
IN RE UNITED STATES SUGAR, :
CORPORATION LITIGATION :   Master File No.
: 08-80101-CIV-MIDDLEBROOKS
:
---------------------------------------- x

## FINAL ORDER OF JUDGMENT

THIS MATTER came before the Court on this Court's approval of the Stipulation of Settlement between the parties, the defined terms of which are incorporated herein by reference. Due and adequate notice having been given of the Settlement as required by this Court's Order granting preliminary approval of the settlement, and the Court having considered all papers filed and proceedings held herein and otherwise being fully informed in the premises and good cause appearing therefore, and having on January 6, 2009, separately entered its Order Approving Settlement, IT IS HEREBY ADJUDGED AND DECREED that:

1. The Complaint, the Litigation, and all claims contained therein, including all of the Released Claims, are hereby dismissed with prejudice in full and final discharge of any and all claims belonging to the Plaintiffs that were or could have been asserted as against each and all of the Released Parties. The parties are to bear their own costs, except as otherwise provided in the Stipulation.

2. Without affecting the finality of this Final Judgment in any way, the Court hereby retains continuing jurisdiction over implementation of this Settlement and all parties hereto for the purpose of construing, enforcing, and administering the Stipulation and/or the Settlement.

3. The Clerk shall CLOSE this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, FL, this 7 day of January, 2010.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to counsel of record.